IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ANTON SERGEEVICH SILUIANOV, | * | |
| Petitioner, | * | |
| v. | | Case No. 7:26-cv-222 (WLS-AGH) |
| | * | |
| WARDEN, IRWIN COUNTY DETENTION CENTER, et al., | * | |
| Respondents. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated September 29, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 30th day of September, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk